1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL NICOSIA, ET AL.,            )<br>                                                        )<br>               Plaintiffs,             )<br>                                                        )<br>     v.                                             )<br>                                                        )<br>J.P. MORGAN CHASE NATIONAL   )<br>CORP. SERVICES, INC., ET AL.,    )<br>                                                        )<br>               Defendants.          )<br>_____ ) | Case No.: C 09-01071 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

18  On March 18, 2009, defendants in the above-captioned action moved to dismiss the
19 complaint. This case has been assigned to a Magistrate Judge. Before the court takes any action on
20 the motion to dismiss, the court must determine whether or not all of the parties who have appeared
21 consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a
22 District Judge. Therefore,
23  IT IS HEREBY ORDERED that no later than March 27, 2009, each party who has not
24 already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or
25 else a "Declination to Proceed Before a United States Magistrate Judge and Request for
26 Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)
27
28

1 | section of the court's website at www.cand.uscourts.gov.

2 | Dated: March 20, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge